ACCEPTED
06-15-00037-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/6/2015 10:52:54 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT REQUESTED**

CAUSE NO. 06-15-00037-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/6/2015 10:52:54 AM

DEBBIE AUTREY
Clerk

_____

THE STATE OF TEXAS, Appellant

V.

ERICA LYNN FULLER, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25545; HONORABLE ERIC CLIFFORD, JUDGE

_____

# APPELLANT'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00037-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

THE STATE OF TEXAS, Appellant

V.

ERICA LYNN FULLER, Appellee

_____

ON APPEAL FROM THE   6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25545; HONORABLE ERIC CLIFFORD, JUDGE
_____

# APPELLANT'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38.  The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

2

for an extension of time in which to file the Appellant's (State's) Brief upon good cause shown below.

## I.

On or about April 6, 2015, the official court reporter filed the Reporter's Record in the above-styled and numbered cause. The appellant's brief is, therefore, due on or before Wednesday, May 6, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 25545.

Previously, this Court denied the State's petition for writ of mandamus in an original proceeding that was brought in this Court earlier this year. *See In re The State of Texas*, No. 06-15-00018-CR (Tex. App.--Texarkana February 11, 2015, orig. proceeding) (mem. op., not designated for publication).

## III.

The present deadline for filing the appellant's (State's) brief is Wednesday, May 6, 2015. Since the filing of the Reporter's Record on April 6, 2015, counsel for appellant (State) was preparing the brief in cause

number 06-14-00172-CR styled *Gerald Mac Lowrey v. The State of Texas* in the Sixth Court of Appeals at Texarkana. That brief was due to be filed on the same day as the appellant's brief in the above-styled and numbered cause.

In addition to the brief in the *Lowrey* appeal, counsel for the appellee (State) had criminal dockets, including a jury-trial setting beginning on Monday, April 6th, in cause number 25827 styled *The State of Texas v. Stacy Littlejohn* in the 6th District Court of Lamar County, which required several days getting ready for the jury trial that started on April 9, 2015. In addition to that jury trial, counsel for the appellee (State) had a grand jury scheduled for April 9th. Finally, counsel for the appellee (State) had a revocation hearing set for April 15th in cause number 25684 styled *The State of Texas v. Zachary Patridge* in the 6th District Court of Lamar County. On April 20th, counsel for the appellant (State) had a docket for motions to revoke and plea bargains. On April 21st, counsel for the appellant (State) had arraignments and pre-trial docket. On April 22nd, counsel for the appellant (State) selected a jury in cause numbers 25636, 25637 styled *The State of Texas v. Glenn Rundles* in the Sixth Judicial District Court of Appeals of Lamar County. On April 23rd, counsel for the appellant (State) had a plea hearing as a special prosecutor in Hopkins County. Then beginning on May 4th,

4

counsel for the appellant (State) had to get ready for a jury trial in *The State of Texas v. Eusebio Delarosa*, which was eventually resolved by a plea bargain. On May 5th, counsel for the appellant (State) began the jury trial in the *Rundles* case, which was mentioned above.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Monday, June 8, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Monday, June 8, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Monday, June 8, 2015, or until such time as this Court

deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
        Gary D. Young, County Attorney
        SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS        §
                                    §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

6

SUBSCRIBED AND SWORN TO BEFORE ME on the 6th day of May, 2015, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellant's (State's) Motion to Extend Time for Filing Brief has been served on the 6th day of May, 2015 upon the following:

James R. Rodgers
The Moore Law Firm, L.L.P.
100 North Main Street
Paris, TX    75460-4222

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us